**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**CHATTANOOGA DIVISION**

| | | |
|---|---|---|
| In re: STEFAN CHRISTOPHER WILSON | § | Case No. 14-12714-NWW |
| SUMMER MARIE WILSON | § | |
| | § | |
| Debtor(s) | § | |

# CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

KARA L WEST, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 06/24/2014.

2) The plan was confirmed on 10/02/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 01/29/2015, 04/14/2016.

5) The case was dismissed on 04/14/2016.

6) Number of months from filing or conversion to last payment: 18.

7) Number of months case was pending: 22.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $850.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 1,660.00 | |
| Less amount refunded to debtor(s) | $ 0.00 | |
| **NET RECEIPTS** | | $ 1,660.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 544.46 | |
| Court Costs | $ 310.00 | |
| Trustee Expenses & Compensation | $ 46.09 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 900.55 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| JEFFERSON CAPITAL SYSTEMS | Uns | 820.00 | 811.46 | 811.46 | 0.00 | 0.00 |
| WORLD FINANCE CORPORATION | Uns | 420.00 | 324.41 | 324.41 | 0.00 | 0.00 |
| FARMERS FURNITURE - LAFAYETTE | Sec | 2,609.29 | 1,200.00 | 1,200.00 | 690.13 | 69.32 |
| FARMERS FURNITURE - LAFAYETTE | Uns | 0.00 | 633.28 | 633.28 | 0.00 | 0.00 |
| SECURITY FINANCE | Uns | 500.00 | 577.80 | 577.80 | 0.00 | 0.00 |
| SECURITY FINANCE | Uns | 1,100.00 | 438.69 | 438.69 | 0.00 | 0.00 |
| SECURITY FINANCE | Uns | 0.00 | 784.72 | 784.72 | 0.00 | 0.00 |
| HUTCHESON MEDICAL CENTER | Uns | 572.00 | 648.72 | 648.72 | 0.00 | 0.00 |
| WINDSTREAM COMMUNICATIONS | Uns | 1.00 | 199.67 | 199.67 | 0.00 | 0.00 |
| WINDSTREAM COMMUNICATIONS | Uns | 0.00 | 443.34 | 443.34 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP | Uns | 0.00 | 661.87 | 661.87 | 0.00 | 0.00 |
| DIAGNOSTIC RADIOLOGY | Uns | 264.00 | 264.00 | 264.00 | 0.00 | 0.00 |
| CHCHA DBA ERLANGER HEALTH | Uns | 1,200.00 | 871.38 | 871.38 | 0.00 | 0.00 |
| WELLS FARGO BANK | Uns | 0.00 | 583.36 | 583.36 | 0.00 | 0.00 |
| GA DEPT OF CORRECTIONS | Pri | 1,900.00 | NA | NA | 0.00 | 0.00 |
| ARS ACCTS RES | Uns | 654.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH FIN SYS | Uns | 586.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH FIN SYS | Uns | 353.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| COMMONWEALTH FIN SYS | Uns | 96.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MGT | Uns | 352.00 | NA | NA | 0.00 | 0.00 |
| CREDIT SYS INTNL | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| CREDIT SYS INTNL | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| DIRECT TV | Uns | 800.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLL | Uns | 572.00 | NA | NA | 0.00 | 0.00 |
| HUTCHESON MED CTR | Uns | 1,972.00 | NA | NA | 0.00 | 0.00 |
| HUTCHESON MED CTR | Uns | 1,427.77 | NA | NA | 0.00 | 0.00 |
| HUTCHESON MED CTR | Uns | 2,500.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Uns | 218.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE REC SRV | Uns | 128.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE REC SRV | Uns | 654.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE REC SRV | Uns | 263.00 | NA | NA | 0.00 | 0.00 |
| NCO FIN | Uns | 1,144.00 | NA | NA | 0.00 | 0.00 |
| ONLINE COLLECTIONS | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| REV REC CORP | Uns | 4,787.00 | NA | NA | 0.00 | 0.00 |
| REV REC CORP | Uns | 323.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS/ FINGERHUT | Uns | 526.00 | NA | NA | 0.00 | 0.00 |
| STALLINGS FIN GROUP | Uns | 96.00 | NA | NA | 0.00 | 0.00 |
| THE CHILDRENS DRS | Uns | 1,017.00 | NA | NA | 0.00 | 0.00 |
| TRI STATE ADJ | Uns | 59.00 | NA | NA | 0.00 | 0.00 |
| HUTCHESON MED CTR | Uns | 820.00 | NA | NA | 0.00 | 0.00 |
| CLERK U S BANKRUPTCY COURT | Adm | 0.00 | 310.00 | 310.00 | 310.00 | 0.00 |
| BRENT JAMES | Lgl | 0.00 | 1,600.00 | 1,600.00 | 544.46 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 1,200.00 | $ 690.13 | $ 69.32 |
| **TOTAL SECURED:** | $ 1,200.00 | $ 690.13 | $ 69.32 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 7,242.70 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ 900.55 | |
| Disbursements to Creditors | $ 759.45 | |
| **TOTAL DISBURSEMENTS:** | | $ 1,660.00 |

12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date: 05/04/2016 By: /s/ Kara L West
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.